IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR.,<br>in his official capacity as the President of<br>the United States of America, *et al.*,<br><br>    *Defendants*. | No.  4:21-cv-01329 |

## AFFIDAVIT OF SERVICE

I, Jesus A. Osete, having personal knowledge attest that:

1. I am over 18 years old and not a party to the captioned case.

2. On November 10, 2021, the complaint in this case was filed.

3. On November 10, 2021, the clerk's office for the U.S. District Court for the Eastern District of Missouri issued summonses for all defendants except for Defendant U.S. Department of Health and Human Services.

4. On November 10, 2021, I caused copies of the complaint and clerk-issued summonses to be served by certified mail to all defendants (except Defendant U.S. Department of Health and Human Services) at the addresses shown on the certified mail receipts attached as Exhibit A.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate.

Executed: November 12, 2021                    /s/ *Jesus A. Osete*
                                               Jesus A. Osete, #69267MO
                                               Deputy Attorney General of Missouri
                                               Office of the Missouri Attorney General
                                               Post Office Box 899
                                               Jefferson City, MO 65102
                                               Tel: (573) 751-1800
                                               Fax: (573) 751-0774
                                               Jesus.Osete@ago.mo.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 12, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure or other means agreed to by the party.

                                                      /s/ *Jesus A. Osete*
                                                      Counsel for Plaintiffs

# EXHIBIT A











