UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MISSOURI, STATE OF, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:21-CV-01329-SPM |
| JOSEPH R. BIDEN JR., et al., | ) |
| Defendant(s). | ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Shirley Padmore Mensah to District Judge Matthew T. Schelp.

November 12, 2021
Date

*Gregory J. Linhares*
Clerk of Court

By:  /s/ Jennifer Bailey
JENNIFER BAILEY
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:21-CV-01329-MTS**