IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI,<br>STATE OF NEBRASKA,<br>STATE OF ARKANSAS,<br>STATE OF KANSAS,<br>STATE OF IOWA,<br>STATE OF WYOMING,<br>STATE OF ALASKA,<br>STATE OF SOUTH DAKOTA,<br>STATE OF NORTH DAKOTA, and<br>STATE OF NEW HAMPSHIRE,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr.,<br>in his official capacity as the President of<br>the United States of America, *et al.*,<br><br>*Defendants*. | No. 4:21-cv-01329 |

**PLAINTIFF STATES' MOTION FOR A PRELIMINARY INJUNCTION**

The States of Missouri, Nebraska, Arkansas, Kansas, Iowa, Wyoming, Alaska, South Dakota, North Dakota, and New Hampshire (the Plaintiff States) respectfully request that the Court issue a preliminary injunction enjoining the Interim Final Rule with Comment Period entitled "Medicare and Medicaid Programs; Omnibus COVID-19 Health Care Staff Vaccination," 86 Fed. Reg. 61,555 (Nov. 5, 2021), promulgated by Defendants.

The Plaintiff States incorporate by reference the arguments in their Memorandum in Support, filed contemporaneously herewith.

Because the Plaintiff States' citizens must receive the first (or single) COVID-19 vaccine dose or request a medical or religious exemption by December 6, 2021, 86 Fed. Reg.,

at 61,571, 61573, 61,574, Plaintiff States respectfully request a ruling **by 5:00 p.m. (CT) on November 29, 2021**, to allow Plaintiff States time to seek emergency relief at the appellate level, if necessary.

Dated: November 12, 2021              Respectfully submitted,

**DOUGLAS J. PETERSON**              **ERIC S. SCHMITT**
**Attorney General of Nebraska**     **Attorney General of Missouri**

/s/ James A. Campbell                /s/ Jesus A. Osete
James A. Campbell                    Jesus A. Osete, #69267MO
  *Solicitor General*                  *Deputy Attorney General*
Office of the Nebraska Attorney General   Maddie McMillian Green, #73724MO
2115 State Capitol                     *Assistant Attorney General for Special Litigation*
Lincoln, NE 68509                    Office of the Missouri Attorney General
(402) 471-2682                       Post Office Box 899
Jim.Campbell@nebraska.gov            Jefferson City, MO 65102
*Counsel for Plaintiffs*             (573) 751-1800
                                     Jesus.Osete@ago.mo.gov
                                     *Counsel for Plaintiffs*

*Additional counsel on the next page*

**LESLIE RUTLEDGE**
**Attorney General of Arkansas**
/s/ *Dylan L. Jacobs*
Dylan L. Jacobs
  *Assistant Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for the State of Arkansas*

**DEREK SCHMIDT**
**Attorney General of Kansas**
/s/ *Kurtis Wiard*
Kurtis Wiard
  *Assistant Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel: (785) 296-2215
Fax: (785) 296-6296
E-mail: kurtis.wiard@ag.ks.gov
*Counsel for the State of Kansas*

**JEFFREY S. THOMPSON**
Solicitor General
/s/ *Samuel P. Langholz*
Samuel P. Langholz
  *Assistant Solicitor General*
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
jeffrey.thompson@ag.iowa.gov
sam.langholz@ag.iowa.gov
*Counsel for the State of Iowa*

**BRIDGET HILL**
**Wyoming Attorney General**
/s/ *Ryan Schelhaas*
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
Telephone: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for the State of Wyoming*

**TREG R. TAYLOR**
**Attorney General of Alaska**
/s/ *Cori Mills*
Cori M. Mills
  *Deputy Attorney General of Alaska*
Alaska Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99502
(907) 269-5100
Cori.Mills@alaska.gov
*Counsel for the State of Alaska*

**JASON R. RAVNSBORG**
**South Dakota Attorney General**
/s/ *David M. McVey*
David M. McVey
  *Assistant Attorney General*
1302 E. Highway 14, Suite 1
Pierre, SD  57501-8501
Phone: 605-773-3215
E-Mail: david.mcvey@state.sd.us
*Counsel for the State of South Dakota*

| | |
|---|---|
| **WAYNE STENEHJEM**<br>**Attorney General of North Dakota**<br>*/s/ Matthew A. Sagsveen*<br>Matthew A. Sagsveen<br>  *Solicitor General*<br>State Bar ID No. 05613<br>Office of Attorney General<br>500 North 9th Street<br>Bismarck, ND 58501-4509<br>Telephone (701) 328-3640<br>Facsimile (701) 328-4300<br>masagsve@nd.gov<br>*Counsel for the State of North Dakota* | **JOHN M. FORMELLA**<br>**New Hampshire Attorney General**<br>*/s/ Anthony J. Galdieri*<br>Anthony J. Galdieri<br>  *Solicitor General*<br>NEW HAMPSHIRE DEPARTMENT OF JUSTICE<br>33 Capitol Street<br>Concord, NH 03301<br>Tel: (603) 271-3658<br>Anthony.J.Galdieri@doj.nh.gov<br>*Counsel for State of New Hampshire* |

4

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 12, 2021, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure by mail or other means agreed to by the party.

                                                */s/ Jesus A. Osete*
                                                Counsel for Plaintiffs