# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:21-cv-01329-MTS ) |
| JOSEPH R. BIDEN, JR., *in his official capacity as the President of the United States of America, et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Expedite Briefing, Doc. [7], is **GRANTED** in part. Defendants shall file their response to Plaintiffs' Motion for Preliminary Injunction by **10:00 a.m. CST on Monday, November 22, 2021**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file any reply by **5:00 p.m. CST on Tuesday, November 23, 2021**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limit, Doc. [8], is **GRANTED**.

**IT IS FINALLY ORDERED** that Defendants are given leave to file in excess of page limitation up to fifty-five pages for their response, and Plaintiffs are given leave to file in excess of page limitation up to twenty pages for their reply.

Dated this 17th day of November, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE