IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civil Action No. 4:21-cv-1329<br>) |
| JOSEPH R. BIDEN, JR., *et al.*, | )<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' MOTION FOR A STAY PENDING APPEAL**

Defendants respectfully move the Court for a stay of this Court's November 29, 2021 Order (ECF No. 28) pending appeal to the United States Court of Appeals for the Eighth Circuit. The basis for Defendants' motion is set forth in the attached Memorandum. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs, who indicated that Plaintiffs oppose Defendants' motion.

Dated: November 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Joel McElvain*
JOEL McELVAIN
Bar No. 448431(DC)
Senior Trial Counsel

JULIE STRAUS HARRIS
Bar No. 1021298(DC)
Senior Trial Counsel

JONATHAN D. KOSSAK
Bar No. 991478(DC)
Trial Attorney

MICHAEL L. DREZNER
Bar No. 83836(VA)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 616-8298
Fax: (202) 616-8470
Email: Joel.L.McElvain@usdoj.gov

*Attorneys for Defendants*