US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Missouri, State of et al v. Biden et al

**USCA#:**

**Case Number:** 4:21-CV-01329-MTS

**Plaintiff:** MISSOURI, STATE OF, et al.

**Defendant:** JOSEPH R. BIDEN JR., et al.

**Attorney:** SEE DOCKET SHEET

**Attorney:** SEE DOCKET SHEET

**Court Reporter(s):** NONE

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Jamekia Latham at 314.244.7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**