# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-3725

State of Missouri, et al.

Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01329-MTS)

---

### ORDER

Appellees are directed to provide an expedited response to Appellants' Emergency

Motion for Stay Pending Appeal by Wednesday, December 8, 2021.

December 02, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans