# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-3725

State of Missouri, et al.

Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellants

------------------------------

Reliant Care Management Company, L.L.C.

Amicus Curiae

American Academy of Family Physicians, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01329-MTS)

---

**ORDER**

Appellants' Emergency Motion for Stay Pending Appeal is denied.

Judge Kelly would grant the motion.

December 13, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Michael E. Gans

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 21-3725

State of Missouri, et al.

Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America, et al.

Appellants

------------------------------

Reliant Care Management Company, L.L.C.

Amicus Curiae

American Academy of Family Physicians, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01329-MTS)

---

**ORDER (REVISED)**

**Before LOKEN, BENTON and KELLY, Circuit Judges**

Appellants' Emergency Motion for Stay Pending Appeal is denied.

Judge Kelly would grant the motion.

December 13, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans