IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as the President of the United States of America, *et al.*, <br><br> *Defendants*. | No.  4:21-cv-01329 |

**PLAINTIFF STATES' MOTION TO LIFT
THE STAY OF THE DISTRICT COURT PROCEEDINGS**

Plaintiffs, the States of Missouri, Nebraska, Arkansas, Kansas, Iowa, Wyoming, Alaska, South Dakota, North Dakota, and New Hampshire, respectfully request that the Court lift the stay of the district court proceedings entered on December 22, 2021.  *See* Doc. 40.  In support of this Motion, the Plaintiff States incorporate by reference the arguments in their accompanying Memorandum in Support.

Dated: February 23, 2022

Respectfully submitted,

**DOUGLAS J. PETERSON**
**Attorney General of Nebraska**

*/s/ James A. Campbell*
James A. Campbell*
   *Solicitor General of Nebraska*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
Jim.Campbell@nebraska.gov
*Counsel for Plaintiffs*

**ERIC S. SCHMITT**
**Attorney General of Missouri**

/s/ *Jesus A. Osete*
Jesus A. Osete, #69267MO
   *Deputy Attorney General of Missouri*
D. John Sauer, #58721MO
   *Solicitor General of Missouri*
Maddie McMillian Green, #73724MO
   *Assistant Attorney General for Special Litigation*
Office of the Missouri Attorney General
Post Office Box 899
Jefferson City, MO 65102
(573) 751-1800
Jesus.Osete@ago.mo.gov
*Counsel for Plaintiffs*

*Additional counsel listed below*

**LESLIE RUTLEDGE**
**Attorney General of Arkansas**
/s/ *Dylan L. Jacobs*
Dylan L. Jacobs
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201
(501) 682-2007
Dylan.Jacobs@arkansasag.gov
*Counsel for the State of Arkansas*

**DEREK SCHMIDT**
**Attorney General of Kansas**
/s/ *Kurtis Wiard*
Kurtis Wiard
   *Assistant Solicitor General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Tel: (785) 296-2215
Fax: (785) 296-6296
E-mail: kurtis.wiard@ag.ks.gov
*Counsel for the State of Kansas*

| | |
|---|---|
| **JEFFREY S. THOMPSON**<br>Solicitor General<br>/s/ *Samuel P. Langholz*<br>Samuel P. Langholz<br>  *Assistant Solicitor General*<br>Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>jeffrey.thompson@ag.iowa.gov<br>sam.langholz@ag.iowa.gov<br>*Counsel for the State of Iowa* | **BRIDGET HILL**<br>**Wyoming Attorney General**<br>/s/ *Ryan Schelhaas*<br>Chief Deputy Attorney General<br>Wyoming Attorney General's Office<br>109 State Capitol<br>Cheyenne, WY 82002<br>Telephone: (307) 777-5786<br>ryan.schelhaas@wyo.gov<br>*Counsel for the State of Wyoming* |
| **TREG R. TAYLOR**<br>**Attorney General of Alaska**<br>/s/ *Cori Mills*<br>Cori M. Mills<br>  *Deputy Attorney General of Alaska*<br>Alaska Department of Law<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99502<br>(907) 269-5100<br>Cori.Mills@alaska.gov<br>*Counsel for the State of Alaska* | **JASON R. RAVNSBORG**<br>**South Dakota Attorney General**<br>/s/ *David M. McVey*<br>David M. McVey<br>  *Assistant Attorney General*<br>1302 E. Highway 14, Suite 1<br>Pierre, SD  57501-8501<br>Phone: 605-773-3215<br>E-Mail: david.mcvey@state.sd.us<br>*Counsel for the State of South Dakota* |
| **DREW H. WRIGLEY**<br>**Attorney General of North Dakota**<br>/s/ *Matthew A. Sagsveen*<br>Matthew A. Sagsveen<br>  *Solicitor General*<br>State Bar ID No. 05613<br>Office of Attorney General<br>500 North 9th Street<br>Bismarck, ND 58501-4509<br>Telephone (701) 328-3640<br>Facsimile (701) 328-4300<br>masagsve@nd.gov<br>*Counsel for the State of North Dakota* | **JOHN M. FORMELLA**<br>**New Hampshire Attorney General**<br>/s/ *Anthony J. Galdieri*<br>Anthony J. Galdieri<br>  *Solicitor General*<br>NEW HAMPSHIRE DEPARTMENT OF JUSTICE<br>33 Capitol Street<br>Concord, NH 03301<br>Tel: (603) 271-3658<br>Anthony.J.Galdieri@doj.nh.gov<br>*Counsel for State of New Hampshire* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 23, 2022, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure by mail or other means agreed to by the party.

/s/ *Jesus A. Osete*
Counsel for Plaintiffs