# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  21-3725
_____

State of Missouri; State of Nebraska; State of Arkansas; State of Kansas; State of Iowa; State of Wyoming; State of Alaska; State of South Dakota; State of North Dakota; State of New Hampshire

Plaintiffs - Appellees

v.

Joseph R. Biden, Jr., in his official capacity as the President of the United States of America; United States of America; United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Centers for Medicare and Medicaid Services; Chiquita Brooks-LaSure, in her official capacity as Administrator for the Centers for Medicare and Medicaid Services; Meena Seshamani, in her official capacity as Deputy Administrator and Director of Center for Medicare; Daniel Tsai, in his official capacity as Deputy Administrator and Director of Center for Medicaid and CHIP Services

Defendants - Appellants

------------------------------

Reliant Care Management Company, L.L.C.

Amicus Curiae

American Academy of Family Physicians; American Academy of Pediatrics; American College of Chest Physicians; American College of Medical Genetics and Genomics; American College of Physicians; American Geriatrics Society; American Lung Association; American Medical Women's Association; American Society for Clinical Pathology; American Society for Echocardiography; American Society of Hematology; American Thoracic Society

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-01329-MTS)
_____

## JUDGMENT

Before LOKEN, BENTON and KELLY, Circuit Judges.

The preliminary injunction is vacated and the case is remanded to the district court in accordance with this court's order dated April 11, 2022.  Mandate shall issue forthwith.

April 11, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
              /s/ Michael E. Gans