IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 4:21-cv-1329 |
| JOSEPH R. BIDEN, JR., *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Defendants' unopposed motion for extension of time to respond to the Complaint, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Defendants shall answer or otherwise respond to the Complaint on or before June 1, 2022.

Dated this 29th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

3