# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as the President of the United States of America, *et al.*, <br><br> *Defendants*. | No.  4:21-cv-01329 |

## MOTION TO WITHDRAW AS COUNSEL

Jesus A. Osete, Deputy Attorney General, hereby moves to withdraw as counsel of record for Plaintiffs. Good cause exists because Mr. Osete will be leaving the employment of the Attorney General's Office. All other counsel of record for Plaintiffs will continue to represent Plaintiffs; thus, withdrawal can be accomplished without material adverse effect on the interests of Plaintiffs.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General of Missouri

By:   */s/ Jesus A. Osete*
Jesus A. Osete, #69267
*Deputy Attorney General*
P.O. Box 899
Jefferson City, MO  65102
Telephone: (573) 751-1800
Facsimile: (573) 751-0774
Jesus.Osete@ago.mo.gov

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2022, a true and accurate copy of the above was served via the Court's electronic filing system.

          /s/ *Jesus A. Osete*
          Deputy Attorney General

          *Counsel for Plaintiffs*