# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

May 20, 2022

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

  RE:  21-3725  State of Missouri, et al v. Joseph Biden, Jr., et al

Dear Clerk:

  Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

            Michael E. Gans
            Clerk of Court

AMT

Enclosure(s)

  District Court/Agency Case Number(s):  4:21-cv-01329-MTS

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 19, 2022

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Missouri, et al.
          v. Joseph R. Biden, Jr., President of the United States, et al.
          No. 21-1463
          (Your No. 21-3725)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 12, 2022 and placed on the docket May 19, 2022 as No. 21-1463.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Redmond K. Barnes
                          Case Analyst