# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Mr. Gregory J. Linhares

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** October 05, 2022

**RE:** 21-3725  State of Missouri, et al v. Joseph Biden, Jr., et al

District Court/Agency Case Number(s):   4:21-cv-01329-MTS

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

CRJ

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 3, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

Re: Missouri, et al.
v. Joseph R. Biden, Jr., President of the United States, et al.
No. 21-1463
(Your No. 21-3725)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk