# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-01329-MTS |
| ) | |
| JOSEPH R. BIDEN, JR., *in his official capacity* ) | |
| *as the President of the United States of America*, ) | |
| *et al.*, ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendants' consent Motion to Set a Schedule, Doc. [64], is **GRANTED**, and Defendants shall file any required response to Plaintiffs' Complaint no later than Wednesday, November 02, 2022.

Dated this 13th day of October, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE