**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-01329-MTS |
| | ) | |
| JOSEPH R. BIDEN, JR., *in his official capacity* | ) | |
| *as the President of the United States of America*, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

This case is before the Court on the parties' joint Motion, Doc. [73], which seeks an Order to establish clarity regarding the effects of the filing of Plaintiffs' First Amended Complaint, Doc. [72]. Since the parties agree to it, the Court recognizes Plaintiffs' First Amended Complaint, Doc. [72], as the operative complaint in this action. The Clerk of Court is directed to retitle the document as "First Amended Complaint" on the docket entry. In light of the First Amended Complaint, Defendants' Motion to Dismiss, Doc. [67], which sought dismissal of the original complaint, is **DENIED without prejudice** as moot. By agreement of the parties, Defendants shall file any required response to Plaintiffs' First Amended Complaint no later than **January 06, 2023**.

*So ordered.*

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November 2022.