**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| STATE OF MISSOURI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-01329-MTS |
| | ) | |
| JOSEPH R. BIDEN, JR., *in his official capacity as the President of the United States of America*, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendants' Consent Motion for Extension of Time, Doc. [75], is **GRANTED**. Defendants shall file any required response to Plaintiffs' First Amended Complaint no later than **Friday, January 20, 2023**. If Defendants file any Motion(s) to Dismiss, Plaintiffs shall file their opposition no later than **Wednesday, February 15, 2023**, and Defendants may file any Reply no later than **Friday, March 10, 2023**.

Dated this 27th day of December 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE