IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| STATE OF MISSOURI, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-1329 |
| JOSEPH R. BIDEN, JR., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Pursuant the Court's Order of December 27, 2022, ECF No. 76, Defendants respectfully move the Court to dismiss Plaintiffs' First Amended Complaint, ECF No. 72. The basis for Defendants' motion is set forth in the concurrently-filed Memorandum.

Dated: January 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Michael Drezner*
MICHAEL L. DREZNER
Bar No. 83836(VA)
Trial Attorney

JULIE STRAUS HARRIS
Bar No. 1021298(DC)
Senior Trial Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 514-4505

        Fax: (202) 616-8470
        Email: Michael.L.Drezner@usdoj.gov

*Attorneys for Defendants*