IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )  No. 4:21-cv-01329 |
| | ) |
| JOSEPH R. BIDEN, Jr. in his | ) |
| official capacity as the President of | ) |
| of the United States of America, | ) |
| *et al.*, | ) |
| *Defendants*. | ) |

## ENTRY OF APPEARANCE

COMES NOW Joshua M. Divine, Solicitor General, and enters his appearance on behalf of the Plaintiff States of Missouri, Nebraska, Arkansas, Kansas, Iowa, Wyoming, Alaska, South Dakota, North Dakota and New Hampshire.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Joshua M. Divine*
Joshua M. Divine #69875
 *Solicitor General*
Office of the Missouri Attorney General
207 West High Street
Jefferson City, Missouri 65101
Tel: (573) 751-8870
Email: Josh.Divine@ago.mo.gov

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Entry of Appearance was filed with the Clerk of the Court for the United States District Court Eastern District of Missouri by using the CM/ECF System on the 21st day of February, 2023.

*/s/ Joshua M. Divine*
