IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STATE OF MISSOURI, *et al.*,        )
                                    )
                 *Plaintiffs*,      )
                                    )
        v.                          )        No. 4:21-cv-01329
                                    )
JOSEPH R. BIDEN, Jr. in his         )
official capacity as the President  )
of the United States of America,    )
*et al.*,                           )
                 *Defendants*.      )

## ENTRY OF APPEARANCE

COMES NOW Charles F. Capps, Deputy Solicitor General, and enters

his appearance on behalf of the Plaintiff States of Missouri, Nebraska,

Arkansas, Kansas, Iowa, Wyoming, Alaska, South Dakota, North Dakota and

New Hampshire.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Charles F. Capps*
Charles F. Capps #72734
 *Deputy Solicitor General*
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, Missouri 63101
Tel:  (314) 340-7846
Fax: (573) 751-0774
Email: Charles.Capps@ago.mo.gov

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing Entry of Appearance was filed with the Clerk of the Court for the United States District Court Eastern District of Missouri by using the CM/ECF System on the 21st day of February, 2023.

*/s/ Charles F. Capps*