# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as the President of the United States of America, *et al.*, <br><br> *Defendants*. | No. 4:21-cv-01329 |

## NOTICE

Defendants respectfully notify the Court that the Department of Health and Human Services has announced that it "will soon end the requirement that covered providers and suppliers establish policies and procedures for staff vaccination." *See* CMS, Center for Clinical Standards and Quality/Quality Safety & Oversight Group, *Guidance for the Expiration of the COVID-19 Public Health Emergency (PHE)* at 2, https://perma.cc/4ARR-RSP5. Defendants will promptly inform the Court when HHS removes the requirement.

Dated: May 3, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Julie Straus Harris*
JULIE STRAUS HARRIS
Bar No. 1021298(DC)
Senior Trial Counsel

MICHAEL L. DREZNER

Bar No. 83836(VA)
Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 353-7633
Fax: (202) 616-8470
Email: Julie.StrausHarris@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2023, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system.

/s/ *Julie Straus Harris*
JULIE STRAUS HARRIS