# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., <br> in his official capacity as the President of the United States of America, *et al.*, <br><br> *Defendants*. | No. 4:21-cv-01329 |

## Plaintiffs' Notice of Dismissal Without Prejudice

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), in light of the Department of Health and Human Services' withdrawal of language on COVID-19 health care staff vaccination requirements, Plaintiffs voluntarily dismiss each count in Plaintiffs' First Amended Complaint without prejudice.

Dated: July 19, 2023

Respectfully submitted,

**ANDREW BAILEY**
**Attorney General of Missouri**

*/s/ Samuel C. Freedlund*
Joshua M. Divine, #69875MO
*Solicitor General of Missouri*
Samuel C. Freedlund, #73707MO
*Assistant Attorney General for Missouri*
Office of the Missouri Attorney General
Post Office Box 899
Jefferson City, MO 65102
(314) 340-4869
*Counsel for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on July 19, 2023, a true and correct copy of the foregoing and any attachments were filed electronically through the Court's CM/ECF system, to be served on counsel for all parties by operation of the Court's electronic filing system and to be served on those parties that have not appeared who will be served in accordance with the Federal Rules of Civil Procedure by mail or other means agreed to by the party.

                                                /s/ *Samuel C. Freedlund*
                                                Counsel for Plaintiffs